IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 23-30063-SPM |
| ) | |
| CARLOS E. AKINS, ) | Title 18 United States Code Section 922(o) |
| ) | |
| Defendant. ) | Title 18 United States Code Section 922(a)(4) |
| ) | |

**FILED**
**MAY 16 2023**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### UNLAWFUL POSSESSION OF A MACHINEGUN

On or about January 10, 2023, in St. Clair County, Illinois, within the Southern District of Illinois,

**CARLOS E. AKINS,**

the defendant herein, did knowingly possess a machinegun, that is, a Glock 19 pistol, with serial number MGY878, with a machinegun conversion device, commonly called an "auto sear selector switch" attached and three individual machinegun conversion devices, commonly called "auto sear selector switches", in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).).

### COUNT 2
### TRANSPORTING PROHIBITED WEAPONS WITHOUT A LICENSE

On or about January 10, 2023, in St. Clair County, Illinois, within the Southern District of Illinois,

**CARLOS E. AKINS,**

the defendant herein not being a licensed dealer, importer, manufacturer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly caused to be transported in foreign commerce from China to Illinois a machinegun, as defined in 26 U.S.C. § 5845(b), being 10 individual machinegun conversion devices commonly called "auto sear selector switches", without the specific authorization of the Attorney General, in violation of Title 18, United States Code, Sections 922(a)(4) and 924(a)(1)(B).

### FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offense alleged in this Indictment,

**CARLOS E. AKINS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in or used in any knowing violation of the offenses described in Counts 1 and 2 of this Indictment, including but not limited, to the following: a Glock 19 pistol, with serial number MGY878, machine gun conversion devices and parts, and any and all magazines and ammunition seized.

A TRUE BILL

_____
FOREPERSON

*K. Arshi*
_____
KIMBERLY S. ARSHI
Assistant United States Attorney

*Rachelle A. Crowe*
_____
RACHELLE AUD CROWE
United States Attorney